FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRA GOLD FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIGARD INSURANCE COMPANY, <br><br> Defendant. | No. 2:17-cv-00326-SAB <br><br> **ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Protective Order Re: Confidential Documents, ECF No. 12. The motion was heard without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery, and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

//

//

**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Protective Order Re: Confidential Documents, ECF No. 12, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 19th day of March 2018.



Stanley A. Bastian
United States District Judge

**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** + 2