UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRA GOLD FARMS, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>UNIGARD INSURANCE COMPANY,<br><br>                Defendant. | NO: 2:17-CV-326-SAB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Stipulation for Dismissal with Prejudice, ECF No. 45. Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 45**, is **GRANTED**.
2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.
3. All pending motions, if any, are **DENIED AS MOOT**.

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 25, 2020.



Stanley A. Bastian
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2